# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY ARREDONDO,<br><br>   Plaintiffs,<br><br>v.<br><br>NOVO NORDISK, INC.,<br>NOVO NORDISK US COMMERICAL HOLDINGS INC.;<br>NOVO NORDISK A/S;<br>NOVO NORDISK NORTH AMERICA OPERATIONS A/S;<br>NOVO NORDISK RESEARCH CENTER SEATTLE, INC.; NOVO NORDISK US HOLDINGS, INC; and<br>NOVO NORDISK PHARMACEUTRIAL INDUSTRIES LP,<br><br>   Defendants. | Case No. 2:24-cv-00933 |

## NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff Mary Arredondo hereby gives Notice of the Voluntary Dismissal of this action as to all Defendants, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no defendant having served an answer or a motion for summary judgment. Each party to bear its own costs.

Dated: August 19, 2024

Respectfully submitted,

THE SIMON LAW FIRM, P.C.

/s/ *Anthony G. Simon*
Anthony G. Simon, #38745MO
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, Missouri 63139
Tel: (314) 241-2929
Fax: (314) 241-2029
Email: asimon@simonlawpc.com

*ATTORNEY FOR PLAINTIFF*